# Third District Court of Appeal
## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1713
Lower Tribunal No. 17-1793

————————

**Daniel Mastrogianni, etc.,**
Appellant,

vs.

**Robert L. Jacobowitz,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rosa C. Figarola, Judge.

Clark Skatoff PA, and Jeffrey H. Skatoff (Palm Beach Gardens), for appellant.

Golden Glasko & Assoc., P.A., and William H. Glasko, for appellee.

Before SCALES, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.